UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT AND LIEN TANG, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CALIFORNIA RECONVEYANCE CO., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-03333-LHK <br><br> ORDER DISMISSING DEFENDANT FDIC WITHOUT PREJUDICE <br><br> (re: docket #68) |

On March 28, 2011, Defendant Federal Deposit Insurance Corporation ("FDIC") filed a motion to dismiss Plaintiff's complaint against FDIC only. *See* Dkt. #58. On April 1, 2011, Plaintiffs filed a "Request for Dismissal as to Defendant FDIC" without prejudice. *See* Dkt. #68.

As FDIC has not filed an answer or a motion for summary judgment, the Court GRANTS Plaintiff's request to dismiss FDIC without prejudice. *See* Fed. R. Civ. P. 41(a)(1). Defendant FDIC's motion to dismiss is DENIED as moot. The Clerk shall terminate FDIC as a Defendant in this action.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03333-LHK
ORDER DISMISSING DEFENDANT FDIC WITHOUT PREJUDICE