UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT AND LIEN TANG, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CALIFORNIA RECONVEYANCE CO., ET ) <br> AL., ) <br> Defendants. ) <br> ) | Case No.: 10-CV-03333-LHK <br><br> ORDER VACATING HEARING ON DEFENDANTS' MOTIONS AND VACATING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court deems Defendants' motions to dismiss and Plaintiffs' motion for reconsideration suitable for decision without oral argument. Accordingly, the Court vacates the motion hearing currently set for May 26, 2011 at 1:30 p.m. The Court also vacates the Case Management Conference scheduled to follow the May 26, 2011 motion hearing. A written order or orders will be issued by the Court.

**IT IS SO ORDERED.**

Dated: May 23, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge