UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT AND LIEN TANG,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CALIFORNIA RECONVEYANCE CO., et al.,<br><br>　　　　　Defendants. | Case No.: 10-CV-03333-LHK<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(re: dkt. #99) |

On May 6, 2011, the Clerk of the Court declined to enter default against Defendant Bank of America, N.A. *See* Dkt. #91. Bank of America, N.A., has appeared in this action, and has filed a motion to dismiss. On May 16, 2011, *pro se* Plaintiffs Vincent and Lien Tang moved for reconsideration of the Clerk's declination of default as to Bank of America, N.A. *See* Dkt. #99. Plaintiffs have pointed to no valid basis for reconsidering the Clerk's declination of default. *See* Civ. L.R. 7-9 (identifying the necessary requirements for a motion for leave to file a motion for reconsideration).

Accordingly, Plaintiff's motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: May 24, 2011

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge